

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Gabriel Edward Reynosa<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CR 13-211<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for ____Wednesday_____, __Oct. 22, 2014__, at __2:00____ ☐ a.m. / ☒ p.m. before the Honorable __Jay C. Gandhi_____, in Courtroom __6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10-20-2014_                    _____/s/ Jay C. Gandhi_____
                                                 U.S. ~~District Judge~~/Magistrate Judge